## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| VERSUS | : CRIMINAL NO. 07-202-DLD |
| CRAIG A. BRAUD | : |

## ORDER FOR DISMISSAL

Considering the United States' Dismissal,

**IT IS HEREBY ORDERED** that leave of Court is granted for the filing of the dismissal of the Bill of Information, Criminal No. 07-202-DLD charging the Defendant, Craig A. Braud, with illegal taking, possessing and transporting of a non-game migratory bird.

DONE AND SIGNED at Baton Rouge, Louisiana, this 21st day of December, 2007.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**